

FILED
MAR 1 3 2018
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re: Cynthia Smith

Case No.: 18-30281

_____ Debtor(s) 2 / 1

## CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of 3 sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:

3/13/2018

_Cynthia Smith_
Signature of Debtor's Attorney or Pro Per Debtor

Kevin S. Elkenberry

CIV459757

1470 Maria Lane #440

Walnut Creek, California CA 94956

Rushmore Loan Management Services LLC

#0017616079

P.O. Box 52262 Irvine, CA 92619